AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ROBERT O'HARVEY

    Plaintiff,

v.

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-364-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Stipulation of the parties (C.R. 3), the Clerk of this court shall enter judgment of dismissal with prejudice without costs or attorneys fees to any party and then close the file.

| | |
|---|---|
| March 21, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |